1  JASON M. FRIERSON
   United States Attorney
2  District of Nevada
   Nevada Bar No. 7709
3  REEM BLAIK
   Assistant United States Attorney
4  Nevada Bar No. 16386
   501 South Las Vegas Boulevard, Suite 1100
5  Las Vegas, Nevada 89101
   Phone: (702) 388-6336
6  Fax: (702) 388-6787
   Reem.Blaik@usdoj.gov
7
   *Attorneys for Federal Defendant*
8

9              **UNITED STATES DISTRICT COURT**
               **DISTRICT OF NEVADA**
10

11 | Wences Maria Martinez; Maor Eliyahu, | Case No. 2:24-cv-01220-JAD-BNW |
|---|---|
| Plaintiffs, | |
| v. | **Stipulation and Order to Extend Federal Defendants' Responsive Pleading Deadline** |
| United States Citizenship and Immigration Services; Merrick Garland, in his official capacity, Attorney General; United States Department of Homeland Security; Alejandro N. Mayorkas, in his official capacity, Secretary of U.S. Department of Homeland Security; Ur M. Jaddou, in her official capacity, Director of United States Citizenship and Immigration Services; Amanda Haury, in her official capacity, Field Office Director of the Las Vegas Service Center of United States Citizenship and Immigration Services, | **(First Request)** |
| Defendants. | |

23      Pursuant to FRCP 6(b)(1)(A), LR IA 6-1, and LR 26-3, Plaintiffs Wences Maria

24 Martinez and Maor Eliyahu ("Plaintiffs") and Federal Defendants United States Citizenship

25 and Immigration Services; Merrick Garland, in his official capacity, Attorney General;

26 United States Department of Homeland Security; Alejandro N. Mayorkas, in his official

27 capacity, Secretary of U.S. Department of Homeland Security; Ur M. Jaddou, in her official

28 capacity, Director of United States Citizenship and Immigration Services; Amanda Haury,

in her official capacity, Field Office Director of the Las Vegas Service Center of United States Citizenship and Immigration Services ("Federal Defendants") request and stipulate to extending Federal Defendants' deadline to file a responsive pleading to Plaintiffs' Complaint by forty-five (45) days. This request would move Federal Defendants' deadline to file a responsive pleading to Plaintiffs' Complaint to **October 31, 2024**. The standard for extending time is good cause. *See* FRCP 6(b)(1)(A).

Federal Defendants require this brief extension of time because they are making diligent efforts to evaluate and adjudicate Plaintiffs' immigration applications, which are the subject of their Complaint. Accordingly, Federal Defendants have good cause to request a 45-day extension to file a responsive pleading to Plaintiffs' Complaint. This is the first request to extend Federal Defendants' responsive pleading deadline.

Respectfully submitted this 12th day of August 2024.

| | |
|---|---|
| IMMIGRATION LEGAL CONSULTING, LLC | JASON M. FRIERSON<br>United States Attorney |
| */s/ Shaina Plaksin*<br>SHAINA PLAKSIN<br>8275 S. Eastern Ave., Suite 200<br>Las Vegas, NV 89123<br>*Attorney for Plaintiffs* | */s/ Reem Blaik*<br>REEM BLAIK<br>Assistant United States Attorney<br>501 Las Vegas Blvd. So., Suite 1100<br>Las Vegas, Nevada 89101<br>*Attorneys for Federal Defendants* |

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: August 13, 2024