Shaina Plaksin, Esq. (NV Bar #13935)
**IMMIGRATION LEGAL CONSULTING, LLC**
8275 S. Eastern Ave., Ste. 200
Las Vegas, NV 89123
Phone: (702) 707-4959
Shaina@702immigration.com
*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| WENCES MARIA MARTINEZ, a U.S. Citizen, and MAOR ELIYAHU, her husband, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; MERRICK GARLAND, in his Official Capacity, Attorney General; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; ALEJANDRO N. MAYORKAS, in his Official Capacity, Secretary of the United States Department of Homeland Security; UR M. JADDOU, in her Official Capacity, Director of United States Citizenship and Immigration Services; AMANDA HAURY, in her Official Capacity, Field Office Director of the Las Vegas Service Center of United States Citizenship and Immigration Services; <br><br> Defendants. | Case No. 2:24-CV-01220-JAD-BNW <br><br> **Order Granting Dismissal of Complaint with Prejudice** <br><br> ECF No. 7 |

IT IS HEREBY NOTICED by Plaintiffs Wences Maria Martinez and Maor Eliyahu ("Plaintiffs") that the above-captioned action against Defendants United States Citizenship and Immigration Services ("USCIS"); Merrick Garland, in his Official Capacity, Attorney General; United States Department of Homeland Security; Alejandro N. Mayorkas, in his Official Capacity, Secretary of the United States Department of Homeland Security; Ur M. Jaddou, in her Official Capacity, Director of United States Citizenship and Immigration Services; and Amanda Haury, in her Official Capacity, Field Office Director of the Las Vegas Service Center of United States Citizenship and Immigration Services (collectively "Federal Defendants"), shall be

voluntarily dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, on the following grounds:

1. On July 5, 2024, Plaintiffs filed their operative complaint in the United States District Court for the District of Nevada, seeking to compel USCIS to adjudicate (1) Ms. Martinez's I-130 Petition for Alien Relative, Petition No. MSC2090426163, on behalf of Mr. Eliyahu ("Petition") and (2) Mr. Eliyahu's I-485 Application to Register Permanent Residence or Adjust Status, Application No. MSC2090426162 ("Application");

2. On August 24, 2024, USCIS approved Plaintiffs' Petition and Application;

3. As a result of USCIS' approval of Plaintiffs' Petition and Application, Plaintiffs agree to voluntarily dismiss this case with prejudice;

4. As a result of this dismissal, Federal Defendants have not appeared in this action, nor filed an answer, motion to dismiss, or other responsive pleading in this action;

5. Plaintiffs and Federal Defendants agree to bear their own litigation costs and attorney fees.

Dated this 10th day of September, 2024.

**PLAINTIFFS WENCES MARIA MARTINEZ & MAOR ELIYAHU**

/s/ Shaina Plaksin
Shaina Plaksin, Esq.
IMMIGRATION LEGAL CONSULTING, LLC
*Attorney for Plaintiffs*

## ORDER

Based on the Plaintiffs' Notice of Dismissal of Complaint with Prejudice, **IT IS ORDERED that** this case is DISMISSED WITH PREJUDICE, each side to bear its own fees and costs. The Clerk is directed to **close the case.**

_____
U.S. District Judge Jennifer A. Dorsey
September 11, 2024